JS 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLENY RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRY WIDE HOME LOANS,<br>INC., (a New York Corporation)<br>RECONTRUST COMPANY (a Nevada<br>Corporation) and DOES 1-50, inclusive,<br><br>Defendants. | Case No. CV09-01480 DSF FMOx<br><br>**ENTRY OF JUDGMENT OF<br>DISMISSAL**<br><br>Judge: Hon. Dale S. Fischer |

///

///

///

///

///

///

///

///

///

///

SM01DOCS729817.2

1

Having reviewed the Court's docket and the papers on file in the above-captioned matter, the Court finds the following:

1.    On January 14, 2009, Plaintiff Marleny Rodriguez ("Plaintiff") filed the instant action against Defendants Recontrust Company, N.A., and Countrywide Home Loans, Inc. (collectively "Defendants").

2.    On January 29, 2009 Plaintiff served copies of the Complaint on Defendants.

3.    On March 2, 2009, Defendants timely removed the action from the Superior Court for the County of Los Angeles to this Court.

4.    On March 9, 2009, Defendants filed a motion to dismiss to each of the seven causes of action asserted in Plaintiff's Complaint for numerous reasons articulated in the Motion to the Dismiss, including the uncertainty of the claims and Plaintiff's failure to state a valid cause of action.

5.    The motion to dismiss was decided on April 6, 2009.  The Court granted Defendants' unopposed motion to dismiss with leave to amend.  The Court's order provided that Plaintiff was required to file an amended complaint by April 27, 2009.  The Court explained in its order that "Plaintiff may amend her complaint on or before April 27, 2009 or the matter will be dismissed with prejudice."

6.    Plaintiff failed to file an amended complaint by April 27, 2009.

///
///
///
///
///
///
///
///

SM01DOCS729817.2

2

1    Accordingly, for the reasons set forth above, **IT IS ORDERED,**

2  **ADJUDGED AND DECREED** as follows:

3    That Defendants have judgment against Plaintiff Marleny Rodriguez on all

4  claims, that Plaintiff take nothing by virtue of her complaint, and that this action is

5  hereby dismissed, with prejudice.

6

7  Dated:   4/30/09

8                                        Hon. Dale S. Fischer,
                                        District Court Judge
9                                        United States District Court
                                        Central District of California
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SM01DOCS729817.2                         3